Submitted on briefs May 21, reversed and remanded June 12, 1991

JOHN WAYNE QUINN,
*Appellant,*

*v.*

Carl ZENON,
*Respondent.*

(90-C-10585; CA A66218)

813 P2d 56

Stephen J. Bedor, Deputy Public Defender, Salem, filed the brief for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Richard D. Wasserman, Assistant Attorney General, Salem, filed the brief for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Joseph, Chief Judge, and Warren and Riggs, Judges.

PER CURIAM

## PER CURIAM

In this *habeas corpus* proceeding, defendant concedes that the replication alleges facts that, if true, constitute a denial of plaintiff's constitutional rights and require immediate judicial scrutiny. We agree with the concession.

Reversed and remanded.